## N THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Dollie Means, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 09 C 4800 |
| | ) |
| Encore Receivable Management, Inc., | ) Judge Darrah |
| a Kansas corporation, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Plaintiff, Dollie Means, having reached a settlement with Defendant, hereby stipulates to the dismissal of this action with prejudice, each party to bear their own attorneys' fees and costs.

Dated: October 8, 2009

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

The foregoing stipulation is hereby approved and this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: _____     ENTERED:

_____
Judge John W. Darrah,
United States District Court

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 8, 2009, a copy of the foregoing **Stipulation of Dismissal** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Corinne C. Heggie                        cheggie@hinshawlaw.com
Hinshaw & Culbertson, LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601
(312) 704-3000
(312) 704-3001 (FAX)

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

2